UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| MINNESOTA LAWYERS MUTUAL | ) | |
| INSURANCE COMPANY | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: <u>1:08 cv 1020- LO/TCB</u> |
| v. | ) | |
| | ) | |
| ANTONELLI, TERRY, STOUT & | ) | |
| KRAUS, LLP, et al. | ) | |
| Defendants. | ) | |

## JOINT STIPULATION

The parties hereby stipulate that MLM sustained no prejudice related to the notice provided by or on behalf of Mr. Stout.


Date:   August 19, 2010

Respectfully submitted,

MINNESOTA LAWYERS MUTUAL
INSURANCE COMPANY
By Counsel


SANDS ANDERSON PC


_____ /s/ _____
Danny M. Howell      VSB No. 30352
dhowell@sandsanderson.com
Michael T. Marr      VSB No. 48536
mmarr@sandsanderson.com
Mikhael D. Charnoff  VSB No. 43929
mcharnoff@sandsanderson.com
Jeffrey H. Geiger      VSB No. 40163
jgeiger@sandsanderson.com
1497 Chain Bridge Road
Suite 202
McLean, VA  22101
(703) 893-3600
(703) 893-8484 (fax)
*Counsel for Plaintiff Minnesota Lawyers*
*Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lon A. Berk, Esq.
lberk@hunton.com
Brian J. Gerling, Esq.
bgerling@hunton.com
Hunton & Williams LLP
1751 Pinnacle Drive
Suite 1700
McLean, Virginia  22102
(703) 714-7400
*Counsel for Defendants*


___/s/_____
Mikhael D. Charnoff